# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENAUD DELGADILLO,<br><br>                Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>                Defendant(s). | Case No. 2:16-cv-01250-KJD-NJK<br><br>ORDER |

On June 6, 2016, Defendant removed this case to this Court. Docket No. 1. It appears the case was ongoing for sometime in state court. *See* Docket No. 1-3 (answer filed in state court on August 17, 2015). The Court hereby **SETS** a scheduling conference for 3:30 p.m. on June 14, 2016, in Courtroom 3A. Counsel shall be prepared to discuss the discovery completed to date, and a proposed schedule for moving this case forward.

IT IS SO ORDERED.

DATED: June 7, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge