1  BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
2  TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
3  PHILLIPS, SPALLAS & ANGSTADT LLC
4  504 South Ninth Street
Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
7  *Wal-Mart Stores, Inc.*

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10  RENAUD DELGADILLO,                    Case No.:  2:16-cv-01250-KJD-NJK

11              Plaintiff,               **STIPULATION AND ~~[PROPOSED]~~
                                        ORDER FOR LEAVE TO CONDUCT
12  v.                                  CERTAIN DISCOVERY OUTSIDE THE
                                        DISCOVERY PERIOD**
13  WAL-MART   STORES,   INC.,   a   Foreign
Corporation; DOE Wal-Mart, Inc. Employee;
DOES  1  through  20;  ROE  BUSINESS
14  ENTITIES 1 through 20, inclusive jointly and
severally,
15
16              Defendants.

17      Plaintiff RENAUD DELGADILLO (hereinafter "Plaintiff") and Defendant WAL-MART

18  STORES, INC. (hereinafter "Defendant"), by and through their respective counsel of record, do hereby

19  stipulate to conduct certain discovery outside the discovery period. Specifically, the parties stipulate

20  that **Defendant shall take the deposition of Plaintiff's treating psychologist, Louis F. Mortillaro,**

21  **Ph.D. on Tuesday, April 18, 2017.**

22                    **DISCOVERY COMPLETED TO DATE**

23  • The parties have conducted an FRCP 26(f) conference.

24  • The parties have served and exchanged their respective FRCP 26(a) initial disclosures.

25  • Plaintiff has served upon Defendants three sets of Requests for Admissions, two set of

26     Interrogatories and three sets of Requests for Production of Documents. Defendant has served

27     responses.

28  • Defendant has served upon Plaintiff two sets of Requests for Admissions, Interrogatories and

Requests for Production of Documents. Plaintiff has served responses.

- Defendant has noticed and taken the depositions of Plaintiff and witness Karla Sandoval.

- Defendant has noticed and taken the depositions of Plaintiff's treating physicians Dr. James Forage, Dr. Daniel Fabito and Dr. William Muir.

- Plaintiff has noticed and taken the depositions of Defendant employee, Cherie Randolph.

- Plaintiff has undergone a FRCP Rule 35 exam by Defendant's expert witness and physician.

- Each party has made their respective expert disclosures.

- Defendant has noticed and taken the depositions of Plaintiff's designated experts Dr. Jeffrey Gross and Mr. John Peterson.

- Defendant has obtained executed authorizations from Plaintiff and has commenced and completed the process of subpoenaing and receiving records from Plaintiff's providers.

### DISCOVERY TO BE COMPLETED OUTSIDE THE DISCOVERY PERIOD

Discovery to be completed includes:

- Defendant's deposition of Plaintiff's treating psychologist, Louis F. Mortillaro, Ph.D.;

The parties aver that good cause exists for the request pursuant to Local Rule 2.25. Plaintiff disclosed Dr. Mortillaro as a non-retained expert witness on February 28, 2017, approximately one week before the discovery cutoff. In order to preserve its right to depose Dr. Mortillaro, Defendant timely filed a Notice of Deposition. Due to his busy schedule, Dr. Mortillaro's deposition could not be scheduled within the discovery period.

The parties aver that this request is made by the parties in good faith and not for the purpose of delay.

. . .

. . .

. . .

. . .

. . .

. . .

Continued from last page.

DATED this 29th day of March, 2017.

**RICHARD HARRIS LAW FIRM**

/s/ Michaela E. Tramel

MICHAELA E. TRAMEL, ESQ.
Nevada Bar No. 19466
801 S. 4th Street
Las Vegas, Nevada 89101
(702) 444-4444

*Attorneys for Plaintiff*
*Renaud Delgadillo*

**IT IS SO ORDERED.**

**NO FURTHER EXTENSIONS
WILL BE GRANTED.**

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Timothy D. Kuhls

TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 30, 2017

Respectfully submitted:
**PHILLIPS, SPALLAS & ANGSTADT LLC**

/s/ Timothy D. Kuhls

BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*