# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENAUD DELGADILLO, | Case No. 2:16-cv-01250-KJD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| WAL-MART STORES, INC., | (Docket No. 28) |
| Defendant(s). | |

In light of the notice of settlement, Docket No. 29, the pending motion to strike at Docket No. 28 is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge