BRENDA H. ENTZMINGER
Nevada Bar No. 9800
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
bentzminger@psalaw.net
tkuhls@psalaw.net
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENAUD DELGADILLO,<br><br>           Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Foreign Corporation; DOE Wal-Mart, Inc. Employee; DOES 1 through 20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>           Defendants. | Case No.: 2:16-cv-01250-KJD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 12th day of June, 2017.

RICHARD HARRIS LAW FIRM

_____
Michaela Tramel, Esq.
801 S. Fourth St.
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Renaud Delgadillo*

DATED this 14th day of June, 2017.

PHILLIPS, SPALLAS & ANGSTADT

_____
Tim D. Kuhls, Esq.  Ryan Kerbow, Esq.
504 South Ninth Street  SB# 11403
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 29th day of June, 2017.

_____
**UNITED STATES DISTRICT JUDGE**